ORIGINAL No. PD-0011-15

**011-15**

Howard Harris Jr.      ✱      IN THE COURT OF

V.      ✱      criminal appeals

The State of Texas      ✱      TEXAS

## PRO SE MOTION FOR REHEARING

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now, the appellant / petitioner in the above styled and numbered cause and respectfully moves this honorable court to grant this motion for rehearing for appellant's Pro Se petition for discretionary review and in support thereof would show to the court the following:

1. The style and number of this case in the trial court is: The State of Texas V. Howard Harris Jr. Cause No. 12-02272-CRF-85 from the 85th District Court of Brazos County, Texas.

2. The style and number of this case in the Court of Appeals is: Howard Harris Jr. V. The State of Texas Cause No. 10-13-00313-CR

3. Conviction was affirmed in the Court of Appeals on December 11, 2015

4. Pro Se petition for discretionary review was timely filed on March 3, 2015

5. Pro Se petition for discretionary review was refused by the Court of Criminal Appeals on April 22, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 07 2015

Abel Acosta, Clerk

1 of 3

FILED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk

6. The grounds relied upon for rehearing appellant's petition for discretionary review are as follows: the Court of Appeals erred in holding that the Trial Court did not abuse its discretion by disallowing cross-examination of the complaining witnesses inconsistent statements made to medical personel about her reported sexual history in violation with the Confrontational Clause of the Texas Constitution Article I § 10 and the United States Constitution Amendments Six and Fourteen.

7. Pro Se petitioner certifies that the foregoing motion is made in good faith and not for delay. Executed the 1st day of May 2015.

Wherefore, Premises considered, the petitioner respectfully prays that this Honorable Court grant rehearing of petitioners petition for discretionary review.

Respectfully Submitted,

Howard Harris Jr.

Howard Harris Jr. Pro Se
TDCJ ID NO. 1882438
Berry Telford Unit
3899 State Hwy 98
New Boston, Tx. 75570

2 of 3

## Unsworn Declaration

I Howard Harris Jr., TDCJ No. 1882438, being presently incarcerated at the Berry Telford Unit, TDCJ-ID, at Bowie County Texas, verify and declare under penalty of perjury that the foregoing instrument is true and correct to the best of my knowledge.

Executed on this 1st day of May 2015

Howard Harris Jr. Pro Se.

## Certificate of Service

The appellant / Petitioner hereby certifies that a true and correct copy of the foregoing motion has been mailed to the office of the District Attorney for Brazos County at 300 E. 26th Street, Suite 310 Bryan Texas 77803 on this 1st day of May 2015.

Howard Harris Jr. Pro Se.

Howard Harris Jr. #1082438
Berry TelFord Unit
3899 State Hwy 98
New Boston, Texas 75570

Legal Mail

SHREVEPORT LA 711
04 NOV 2015 PM 4 L

Court of Criminal Appeals
Clerk
P.O. Box 12308
Austin, Texas 78711

78711323O8

FOREVER USA